UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KENNETH HILL,**

    Plaintiff,

v.   Case No. 06-10547
    Hon. Bernard A. Friedman

**STATE OF MICHIGAN,** *el al.,*

    Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Virginia M. Morgan's Report and Recommendation dated May 4, 2006. The plaintiff has filed timely objections thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Virginia M. Morgan's Report and Recommendation dated May 4, 2006, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendants' motion to dismiss is granted.

IT IS FURTHER ORDERED that plaintiff's complaint be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B).

    May 16, 2006                                      s/Bernard A. Friedman
    Detroit, Michigan                          BERNARD A. FRIEDMAN
                                                              CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

    /s/ Patricia Foster Hommel
    **Patricia Foster Hommel**
    **Secretary to Chief Judge Friedman**